**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John DuFresne | Social Security number or ITIN   xxx–xx–8304 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ada S. DuFresne | Social Security number or ITIN   xxx–xx–5410 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–22095–JNP

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   John DuFresne                                   Ada S. DuFresne
                                                   aka Adasuehey S. DuFresne

   9/22/17                                         **By the court:**   Jerrold N. Poslusny Jr.
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22095-JNP
John DuFresne                                                   Chapter 7
Ada S. DuFresne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2           Date Rcvd: Sep 22, 2017
                              Form ID: 318            Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
```
db           +John DuFresne,    46 Wilson Ave,    Bellmawr, NJ 08031-1258
jdb         #+Ada S. DuFresne,    46 Wilson Ave,    Bellmawr, NJ 08031-1258
516879399     Advocare Haddon Pediatric,    PO Box 3001 D09,    Marlton, NJ 08053
516879400    +Amcol Clmbia,    Po Box 21625,    Columbia, SC 29221-1625
516879401    +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
516879402    +Bay Area Credit Service LLC,    Po Box 467600,    Atlanta, GA 31146-7600
516879403    +Bellmawr Tax Office,    Po Box 368,    Bellmawr, NJ 08099-0368
516879404     Borough Of Bellmawr,    PO Box 368,    Sewer Bill,    Bellmawr, NJ 08099-0368
516879406     C&H Collection Services,    PO Box 1399,    Merchantville, NJ 08109-0399
516879407    +Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516879409   #+Care Centrix,    PO Box 7780,    London, KY 40742-7780
516879411     Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
516879415    +Cystic Fibrosis Services,    6931 Arlington Road 4th Floor,    Bethesda, MD 20814-5231
516879416    +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
516879417     Diversified Adjustment Service Inc,    PO Box 32145,    Fridle, MN 55432-0145
516879418    +Drs. D G Timms And J Koslow,    1104 Cooper Street,    Woodbury, NJ 08096-3095
516879419    +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
516879420    +Enterprise Rent-A-Car,    3011 Admiral Wilson Blvd,    Merchantville, NJ 08109-3937
516879422     Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516879423     Geico,    One Geico Center,    Macon, GA 31296-0001
516879424    +Gloucester Township EMS Alliance Inc.,    PO Box 670,    Cape May Court House, NJ 08210-0670
516879425     Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
516879426     Highlights For Children,    PO Box 4002862,    Des Moines, IA 50340-2862
516879429    +Joseph F. McHugh Agency,    300 1/2 Broad Street,    Florence, NJ 08518-1912
516879430    +Kennedy Health,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
516879431     Kevin Atlee DMD,    244 West Main Street,    Moorestown, NJ 08057-2367
516879432     Laboratory Corporation of Amer,    PO Box 2240,    Burlington, NC 27216-2240
516879433    +Law Offices Of Faloni & Assoc.,    P.O. Box 1285,    West Caldwell, NJ 07007-1285
516879434     Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
516879435    +Lvnv Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
516879437    +Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
516879436    +Medexpress Billing,    2 South Black Horse Pike,    Mount Ephraim, NJ 08059-1321
516879442     NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516879440     New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
516879441    +Next Generation Village,    PO Box 865300,    Orlando, FL 32886-5300
516879443     Omni Credit Services Of Florida,    PO Box 31179,    Tampa, FL 33631-3179
516879444     Our Lady Of Lourdes,    PO Box 145465,    Billing Dept,    Cincinnati, OH 45250-5465
516879451     PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516879445    +Pediatric Dental Assoc.,    401 South kings Highway Suite 4b,    Cherry Hill, NJ 08034-2500
516879446    +Philadelphia Traffic Court,    Pob 41819,    Xerox Soluti,    Philadelphia, PA 19101-1819
516879447     Pinnacle Behavioral health,    851 73 North Suite C,    Marlton, NJ 08053
516879448    +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
516879449     Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516879452    +Quality Asset Recovery,    PO Box 239,    Gibbsboro, NJ 08026-0239
516879453     Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516879454     Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516879455    +Sebring Acop LLC,    100 SE 3rd Avenue Suite 1800,    Fort Lauderdale, FL 33394-0011
516879456    +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
516879458     State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
516879459    +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway Suite 302,
               Roseland, NJ 07068-1640
516879463     The Children's Hospital of Philadelphia,    PO BOX 788017,    Philadelphia, PA 19178-8017
516879405    +borough of Bellmawr EMS,    PO BOx 467,    Lumberton, NJ 08048-0467
516879438    +mediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516879460    +sutherland Emergency Phys, LLC,    PO Box 41541,    Philadelphia, PA 19101-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QBTHOMAS.COM Sep 22 2017 22:28:00     Brian Thomas,    Brian Thomas, Esq,
               327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516879408    +E-mail/Text: cms-bk@cms-collect.com Sep 22 2017 22:40:32      Capital Management Services,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
516879412    +E-mail/Text: legal-dept@cooperhealth.edu Sep 22 2017 22:40:51     Cooper Health System,
               One Cooper Plaza,    Camden, NJ 08103-1489
516879413    +EDI: CCS.COM Sep 22 2017 22:28:00     Credit Collection Services,    Two Wells Avenue, Dept 9135,
               Newton, MA 02459-3225
516879414    +EDI: RCSFNBMARIN.COM Sep 22 2017 22:28:00     Credit One Bank Na,    Po Box 98873,
               Las Vegas, NV 89193-8873
```

```
District/off: 0312-1            User: admin               Page 2 of 2               Date Rcvd: Sep 22, 2017
                                Form ID: 318              Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516879421      +E-mail/Text: bknotice@erccollections.com Sep 22 2017 22:40:54       ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516879427      +EDI: IIC9.COM Sep 22 2017 22:28:00        IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,
                 St Paul, MN 55164-0378
516879428       EDI: IRS.COM Sep 22 2017 22:28:00        Internal Revenue Service,    955 South Springfield Avenue,
                 Bankruptcy Department,    Springfield, NJ 08071
516879439      +EDI: MID8.COM Sep 22 2017 22:28:00        Midland Funding,    Attn: Bankruptcy,    PO Box 939069,
                 San Diego, CA 92193-9069
516879450      +E-mail/Text: bankruptcy@progfinance.com Sep 22 2017 22:40:57        Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399
516879457       EDI: SWCR.COM Sep 22 2017 22:28:00        Southwest Credit,    4120 International Pkwy Suite 1100,
                 Carrollton, TX 75007-1958
516879462      +EDI: TDBANKNORTH.COM Sep 22 2017 22:28:00        TD Bank,    9000 Atrium Way,
                 Mt Laurel, NJ 08054-3952
516879461      +EDI: TDBANKNORTH.COM Sep 22 2017 22:28:00        TD Bank,    PO Box 8400,    Lewiston, ME 04243-8400
516879464      +E-mail/Text: bankruptcydepartment@tsico.com Sep 22 2017 22:41:35       Transworld Sys Inc,
                 PO Box 15630,    Wilmington, DE 19850-5630
516879465      +EDI: VERIZONEAST.COM Sep 22 2017 22:28:00        Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
516879467       EDI: WFFC.COM Sep 22 2017 22:28:00        Wells Fargo Bank,    PO Box 6995,
                 Portland, OR 97228-6995
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
516879410    ##+Children's Hospital Home Care,    950 Pulaski Drive,    King of Prussia, PA 19406-2802
516879466     ##Vision Financial Corp,    PO Box 800,    Purchase, NY 10577-0800
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph J. Rogers    on behalf of Joint Debtor Ada S. DuFresne jjresq@comcast.net,
           jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Debtor John  DuFresne jjresq@comcast.net,   jjresq1@comcast.net
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```