UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        Case No.:     17-22095

John DuFresne                          Chapter:     7

Ada S. DuFresne                      Judge:     JNP

### NOTICE OF PROPOSED ABANDONMENT

_Brian S. Thomas_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _Jerrold N. Poslusny, Jr._ on _10/31/17_ at _10_ a.m. at the United States Bankruptcy Court, Courtroom no. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 46 Wilson Avenue<br>Bellmawr, NJ<br>Value $151,049.00 |
|---|---|

| Liens on property: | Seterus - $185,635.00<br>TD Bank - $1,333.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Brian S. Thomas, Chapter 7 Trustee

Address:     327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

_rev.8/1/15_

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 17-22095-JNP
John DuFresne                                                       Chapter 7
Ada S. DuFresne
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Sep 26, 2017
                              Form ID: pdf905            Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db             +John DuFresne,    46 Wilson Ave,    Bellmawr, NJ 08031-1258
jdb           #+Ada S. DuFresne,    46 Wilson Ave,    Bellmawr, NJ 08031-1258
516879399       Advocare Haddon Pediatric,    PO Box 3001 D09,    Marlton, NJ 08053
516879400      +Amcol Clmbia,    Po Box 21625,   Columbia, SC 29221-1625
516879401      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
516879402      +Bay Area Credit Service LLC,    Po Box 467600,    Atlanta, GA 31146-7600
516879403      +Bellmawr Tax Office,    Po Box 368,    Bellmawr, NJ 08099-0368
516879404       Borough Of Bellmawr,    PO Box 368,    Sewer Bill,    Bellmawr, NJ 08099-0368
516879406       C&H Collection Services,    PO Box 1399,    Merchantville, NJ 08109-0399
516879407      +Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516879409     #+Care Centrix,    PO Box 7780,    London, KY 40742-7780
516879411       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
516879415      +Cystic Fibrosis Services,    6931 Arlington Road 4th Floor,    Bethesda, MD 20814-5231
516879416      +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
516879417       Diversified Adjustment Service Inc,    PO Box 32145,    Fridle, MN 55432-0145
516879418      +Drs. D G Timms And J Koslow,    1104 Cooper Street,    Woodbury, NJ 08096-3095
516879419      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
516879420      +Enterprise Rent-A-Car,    3011 Admiral Wilson Blvd,    Merchantville, NJ 08109-3937
516879422       Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516879423       Geico,    One Geico Center,    Macon, GA 31296-0001
516879424      +Gloucester Township EMS Alliance Inc.,    PO Box 670,    Cape May Court House, NJ 08210-0670
516879425       Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
516879426       Highlights For Children,    PO Box 4002862,    Des Moines, IA 50340-2862
516879427      +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516879429      +Joseph F. McHugh Agency,    300 1/2 Broad Street,    Florence, NJ 08518-1912
516879430      +Kennedy Health,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
516879431       Kevin Atlee DMD,    244 West Main Street,    Moorestown, NJ 08057-2367
516879432       Laboratory Corporation of Amer,    PO Box 2240,    Burlington, NC 27216-2240
516879433      +Law Offices Of Faloni & Assoc.,    P.O. Box 1285,    West Caldwell, NJ 07007-1285
516879434       Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
516879435      +Lvnv Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
516879437      +Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
516879436      +Medexpress Billing,    2 South Black Horse Pike,    Mount Ephraim, NJ 08059-1321
516879442       NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516879440       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
516879441      +Next Generation Village,    PO Box 865300,    Orlando, FL 32886-5300
516879443       Omni Credit Services Of Florida,    PO Box 31179,    Tampa, FL 33631-3179
516879444       Our Lady Of Lourdes,    PO Box 145465,    Billing Dept,    Cincinnati, OH 45250-5465
516879451       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516879445      +Pediatric Dental Assoc.,    401 South kings Highway Suite 4b,    Cherry Hill, NJ 08034-2500
516879446      +Philadelphia Traffic Court,    Pob 41819,    Xerox Soluti,    Philadelphia, PA 19101-1819
516879447       Pinnacle Behavioral health,    851 73 North Suite C,    Marlton, NJ 08053
516879448      +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
516879449       Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516879452      +Quality Asset Recovery,    PO Box 239,    Gibbsboro, NJ 08026-0239
516879453       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516879454       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516879455      +Sebring Acop LLC,    100 SE 3rd Avenue Suite 1800,    Fort Lauderdale, FL 33394-0011
516879456      +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
516879458       State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
516879459      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway Suite 302,
                 Roseland, NJ 07068-1640
516879463       The Children's Hospital of Philadelphia,    PO BOX 788017,    Philadelphia, PA 19178-8017
516879465      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
516879467       Wells Fargo Bank,    PO Box 6995,    Portland, OR 97228-6995
516879405      +borough of Bellmawr EMS,    PO BOx 467,    Lumberton, NJ 08048-0467
516879438      +mediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516879460      +sutherland Emergency Phys, LLC,    PO Box 41541,    Philadelphia, PA 19101-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2017 22:43:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2017 22:43:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516879408      +E-mail/Text: cms-bk@cms-collect.com Sep 26 2017 22:43:41      Capital Management Services,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
516879412      +E-mail/Text: legal-dept@cooperhealth.edu Sep 26 2017 22:43:58      Cooper Health System,
                 One Cooper Plaza,    Camden, NJ 08103-1489
516879413      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2017 22:44:43
                 Credit Collection Services,    Two Wells Avenue, Dept 9135,    Newton, MA 02459-3225
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Sep 26, 2017
                               Form ID: pdf905              Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516879414       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 22:47:46      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516879421       +E-mail/Text: bknotice@erccollections.com Sep 26 2017 22:44:01      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516879428        E-mail/Text: cio.bncmail@irs.gov Sep 26 2017 22:43:27      Internal Revenue Service,
                 955 South Springfield Avenue,    Bankruptcy Department,    Springfield, NJ 08071
516879439       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2017 22:43:55      Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
516879450       +E-mail/Text: bankruptcy@progfinance.com Sep 26 2017 22:44:03      Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399
516879457        E-mail/Text: bankruptcy@sw-credit.com Sep 26 2017 22:43:59      Southwest Credit,
                 4120 International Pkwy Suite 1100,    Carrollton, TX 75007-1958
516879462       +E-mail/Text: bankruptcy@td.com Sep 26 2017 22:44:01      TD Bank,   9000 Atrium Way,
                 Mt Laurel, NJ 08054-3952
516879461       +E-mail/Text: bankruptcy@td.com Sep 26 2017 22:44:01      TD Bank,   PO Box 8400,
                 Lewiston, ME 04243-8400
516879464       +E-mail/Text: bankruptcydepartment@tsico.com Sep 26 2017 22:44:36      Transworld Sys Inc,
                 PO Box 15630,    Wilmington, DE 19850-5630
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516879410     ##+Children's Hospital Home Care,    950 Pulaski Drive,   King of Prussia, PA 19406-2802
516879466      ##Vision Financial Corp,    PO Box 800,   Purchase, NY 10577-0800
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph J. Rogers    on behalf of Joint Debtor Ada S. DuFresne jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor John  DuFresne jjresq@comcast.net,   jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```